John W. Berry (JB-8725)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-8075

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**



---

GCCFC 2006-GG7 WESTHEIMER
MALL, LLC,

    Plaintiff,

v.

EDWARD H. OKUN,

    Defendant.

§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. _____

**PLAINTIFF'S RULE 7.1 STATEMENT**

---

  Under Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff GCCFC 2006-GG7 Westheimer Mall, LLC (a non-governmental corporate party) certifies that:

  (a) Plaintiff is a limited liability company whose sole member is a trust, identified as LaSalle Bank National Association, as trustee for the registered holders of Greenwich Capital Commercial Funding Corp., Commercial Mortgage Trust 2006-GG7, Commercial Mortgage Pass-Through Certificates, Series 2006-GG7; and

  (b) no publicly-owned company owns more than 10% of the membership interests of Plaintiff.

1

Dated: New York, New York
       November 16, 2007

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD, L.L.P.

_____
John W. Berry (JB-8725)
590 Madison Avenue
New York, New York 10022
(212) 872-8075 (telephone)
(212) 872-7512 (facsimile)

M. Scott Barnard
Carl Cecere
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
(214) 969-2800 (telephone)
(214) 969-4343 (facsimilie)

*Attorneys for Plaintiff GCCFC 2006-GG7*
*Westheimer Mall, LLC*