UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GCCFC 2006-GG7 WESTHEIMER MALL, LLC    :

                            Plaintiff,    :

       -v-    :

EDWARD H. OKUN,    :

                      Defendant.    :
------------------------------------------------------------------x
STATE OF FLORIDA         )
                 : ss.:
COUNTY OF MIAMI-DADE    )

**Affidavit of Service**
Index No.: 07 CV 10394

      JESSICA MALDANADO, being duly sworn, deposes and says that she is a certified process server bearing license number CPS 1353 assigned to effectuate service of the Summons in a Civil Action; Civil Cover Sheet; and Complaint with Exhibits A upon Edward H. Okun for the law firm of Akin Gump Strauss Hauer & Feld LLP, is over the age of eighteen years, and is not a party to this action.

      On Tuesday, December 20, 2007 at 1:00 p.m., deponent arrived at 394 S. Hibiscus Drive, Miami Beach, FL 33139. The given address is a gated luxury home with an intercom outside of the gate. The gate was locked thus deponent was unable to get inside. Deponent rang the "call" button on the intercom and there was a recording saying that no one was home. Deponent was able to peer inside the gate.   There was a black Hummer on the driveway and a black Bentley Coupe under a tarp. Deponent was unable to make out the license plates of the vehicles because the view was obstructed by the landscaping, namely the flowers and shrub.

      On Tuesday, December 20, 2007 at 9:00 p.m., deponent returned to 394 S.

Hibiscus Drive, Miami Beach, FL 33139. The lights were off inside the house. The gate was locked. Deponent pressed the "call" button on the intercom and a recording said no one was home.

On Wednesday, December 21, 2007 at 11:00 a.m., deponent returned to 394 S. Hibiscus Drive, Miami Beach, FL 33139. The gate was locked. Deponent pressed the "call" button on the intercom and spoke to a Ms. Claudia Ano who identified herself as a "relative" of Edward H. Okun. Ms. Ano stated that Mr. Okun was not home and that he may be out of town.

On Saturday, November 24, 2007 at 3:15 p.m. and at 10:20 p.m., deponent returned to 394 S. Hibiscus Drive, Miami Beach, FL 33139. The gate was locked. Again, deponent got a recording saying that no one was home.

On Tuesday, November 27, 2007 at 11:30 a.m., deponent returned to 394 S. Hibiscus Drive, Miami Beach, FL 33139. There was a Silver Honda Civic parked inside in addition to the black Hummer and the Black Bentley Coupe. The gate was locked. As I was peering inside the gate, there was a White/Hispanic female with blond hair; approximately 20 to 30 years of age; 5'2" in height; and 110 pounds in weight chasing after an infant approximately one year old inside the gate in front of the lavish home. She stated that there was no one home and refused to identify herself or her relationship to Mr. Okun.

Deponent returned to 394 S. Hibiscus Drive, Miami Beach, FL 33139 on Wednesday, November 28, 2007 at 8:45 p.m.; on Thursday, November 29, 2007 at 10:30 p.m.; on Saturday, December 1, 2007 at 9:45 a.m.; on Saturday, December 1, 2007 at

2

8:25 p.m.; on Thursday, December 6, 2007 at 9:50 p.m.; and on Friday, December 7, 2007 at 1:45 p.m. The gate was locked and no one answered on all of the aforementioned attempts.

On Tuesday, December 11, 2007 at 11:55 a.m., deponent returned to 394 S. Hibiscus Drive, Miami Beach, FL 33139. The gate was locked. Again, no one answered. Pursuant to CPLR 308(4), deponent affixed the Summons in a Civil Action; Civil Cover Sheet; and Complaint with Exhibits A to L enclosed in a clear see-through plastic pouch to the gate of defendant's residence, which was locked, with tape (see pictures attached hereto).

In addition, to complete service pursuant to CPLR 308(4), on Monday, December 7, 2007, deponent mailed the Summons in a Civil Action; Civil Cover Sheet; and Complaint with Exhibits A to L by enclosing the same in a sealed, postpaid envelope and by depositing said envelope at the United States Post Office West Dade Branch at 14790 N Kendall Dr, Miami, FL 33196, addressed to the defendant, Edward H. Okun, at his residence, namely 394 S. Hibiscus Drive, Miami Beach, FL 33139.

JESSICA MALDANADO
License No. CPS 1353

Sworn to before me this
3rd day of January, 2008

NOTARY PUBLIC



PATRICIA I. KONG
MY COMMISSION # DD 623232
EXPIRES: December 18, 2010
Bonded Thru Notary Public Underwriters

3

B 151 — Affidavit of Service of Summons or Subpoena, Personal or Alternative

Blumberg Law Products

© 1988 JULIUS BLUMBERG, INC.
NYC 10013

|  | COURT | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
|---|---|---|

COUNTY OF

GCCFC 2006-GG7 WESTHEIMER MALL, LLC.

*Plaintiff(s)*

against

EDWARD H. OKUN

*Defendant(s)*

*Index No.* 07 CV 10394

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**

IN A CIVIL ACTION WITH EXHIBITS
A TO L, CIVIL COVER SHEET

STATE OF ~~NEW YORK~~ **FLORIDA**, COUNTY OF   DADE   SS:   The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at **IN THE STATE OF FLORIDA**

That on   12/11/07   at 11:55A M., at 394 S. HIBISCUS DRIVE, MIAMI BEACH, FL 33139

deponent served the within summons, *and complaint on*   EDWARD H. OKUN   defendant therein named,

IN A CIVIL ACTION WITH EXHIBITS
A TO L, CIVIL COVER SHEET

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☐ a                              corporation, by delivering thereat a true copy *of each* to
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be                              thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to                              a person of suitable age
and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☒ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

ATTEMPTS:
11/20/07 AT 1:00 P.M.    11/27/07 AT 11:30 A.M.    12/06/07 AT 9:50 P.M.
11/20/07 AT 9:00 P.M.    11/28/07 AT 8:45 P.M.     12/07/07 AT 1:45 P.M.
11/21/07 AT 11:00 A.M.   11/29/07 AT 10:30 P.M.
11/23/07 AT 3:15 P.M.    12/01/07 AT 9:45 A.M.
11/24/07 AT 10:20 P.M.   12/01/07 AT 8:25 P.M.     MAILD ON: 12/17/07

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☒ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at   394 S. HIBISCUS DRIVE
MIAMI BEACH, FL 33139   FLORIDA and deposited
said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within ~~New York~~ State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☐

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☐ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. ~~Recipient wore ordinary civilian clothes and no military uniform.~~ The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on   December 17, 2007

J. Maldonado

*PRINT NAME BENEATH SIGNATURE*

JESSICA MALDANADO

License No. 1353

PATRICIA L. KONG
MY COMMISSION # DD 623232
EXPIRES: December 18, 2010
Bonded Thru Notary Public Underwriters

**INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.**





Mr. Edward H. Okun
394 S. Hibiscus Drive
Miami Beach, Fl. 33139

