UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

[STAMP: U.S. DISTRICT COURT FILED DEC 2 3 2007 S.D. OF N.Y.]

| | |
|---|---|
| GCCFC 2006-GG7 WESTHEIMER MALL, LLC, | Civil Action No. 07 CV 10394 |
| Plaintiff, | Judge Buchwald |
| vs. | |
| EDWARD H. OKUN, | |
| Defendant. | |

*Endorsement*

*Defendant's time to answer or move with respect to the complaint is extended until February 5, 2008.*

*So Ordered.*

*[signature] Naomi Reice Buchwald*

*1/14/08*

### MOTION FOR ENLARGEMENT OF TIME

Defendant, EDWARD OKUN, individually, files this Motion for Enlargement of Time to respond to the Complaint filed herein and for cause states:

1. The undersigned was served with a copy of the Complaint on December 11, 2007.

2. The undersigned has been heavily involved in the corporate bankruptcy filing of The 1031 Tax Group, LLC. et al, Case No. 07-B-11448 (MG), which is pending in New York.

4. In addition, the undersigned has been attempting to defend approximately seven other lawsuits brought against me in my individual capacity.

5. As a result of the above and the holidays, undersigned was unable to obtain counsel in New York.

6. The undersigned resides in Miami Beach, Florida, which also adds to the difficulty of obtaining an attorney.

[STAMP: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 1/15/08]

CAUSE NO. 49D04 0711 PL 0498 13

7. The undersigned is in need of an additional thirty-five days so that he may obtain counsel to represent him in this matter, which he believes is without merit.

WHEREFORE, EDWARD OKUN, requests that the Court grant him an additional thirty- five day enlargement to file a response to the Complaint and grant any further relief the Court deems just and proper.

Dated: December 18, 2007.

_____
EDWARD OKUN
394 S. Hibiscus Drive
Miami Beach, Florida 33139
Telephone: (305) 695-4120
Cell: (317) 502-6637

Copy sent to:
JOHN W. BERRY, ESQUIRE
Akin Gump Strauss hauer & Feld LLP
590 Madison Avenue
New York, New York 10022