UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

GCCFC 2006-GG7 WESTHEIMER MALL, LLC,

        Plaintiff,

v.

EDWARD H. OKUN,

        Defendant.

No. 1:07-CV-10394-NRB



---

### ORDER OF ADMISSION OF M. SCOTT BARNARD TO PRACTICE *PRO HAC VICE*

Upon the Motion of John W. Berry, counsel for Plaintiff, to admit M. SCOTT BARNARD *pro hac vice* to appear as counsel for Plaintiff, and upon said sponsor attorney's declaration in support, and it appearing that Mr. Barnard is in good standing before the State Bar of Texas to which he is admitted and that there are no pending disciplinary proceedings against him in any State or Federal court;

IT IS HEREBY ORDERED that, under Local Rule 1.3(c) of this Court, M. Scott Barnard of Bar of the State of Texas is admitted to practice *pro hac vice* as counsel for Plaintiff in this action before this Court [upon payment of the required fee]. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: New York, New York
      March 5, 2008

                                          _____
                                          UNITED STATES DISTRICT JUDGE