```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GCCFC 2006-GG7 WESTHEIMER MALL, LLC,

                Plaintiff,                  O R D E R

       - against -                          07 Civ. 10394(NRB)

EDWARD H. OKUN,

                Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Plaintiff, having filed this action electronically and in accordance with this Court's Procedures For Electronic Case Filing, and defendant Edward Okun, having thus far proceeded pro se, it is hereby ordered that this action be exempt from electronic case filing and that all future filings be made in the traditional manner according to the rules of this Court. In other words, counsel shall submit documents to the Cashier's Office and Edward Okun, who is appearing pro se, shall submit documents to the Pro Se Office. All parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court - by mail or personal service.

**SO ORDERED.**

Dated:   New York, New York
         May 1, 2008

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

John W. Berry, Esq.
Akin Gump Strauss Hauer & Feld, LLC
590 Madison Avenue
New York, NY 10022-2524

Edward Okun
394 S. Hibiscus Drive.
Miami Beach, Fla. 33139